(Rev. 4/97)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

Patrick A. Simpson
(Enter above the full name of the plaintiff in this action)

V.                                                                 07-70

CMS    Baylor Medical Staff
Warden Ryan
Stanley Taylor Corrections Commissioner
(Enter above the full name of the defendant(s) in this action)

FILED
FEB -7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal courts dealing with the
        same facts involved in this action or otherwise relating to your imprisonment?
        YES [ ]    NO [X]

   B.   If your answer to A is yes, describe the lawsuit in the space below. (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of
        paper, using the same outline).

        1.   Parties to this previous lawsuit

        Plaintiffs _____

        _____

        Defendants _____

        _____

2. Court (if federal court, name the district; if state court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. A. Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [ ] No [X]

C. If your answer is YES,

1. What steps did you take? _____
_____

2. What was the result? _____
_____

D. If your answer is NO, explain why not _Didn't know all procedures I put In Medical Slips, And so forth — W/ That's All Can be done Until ?_

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [X] No [ ]

F. If your answer is YES,

1. What steps did you take? _Submitted medical slip to CMS Staff/I also told them My Symtoms_

2. What was the result? _Wasn't seen — Until I was really really feeling Weak & low grade fevers - Chills I Went to medical explained to them I was so weak Scare I had no one to help me, their response was_

-2-

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff _Patricia Simpson_

Address _660 Baylor Blvd New Castle De. 19720_

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B. Defendant _CMS-Staff_ is employed as _CMS Medical_ at _Women Correctional Ctr_

C. Additional Defendants _Warden Ryan / Stanley Taylor / CMS he is the Warden @ the Woman Correctional Inst._

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I Submitted Medical Slips Due to feeling ill - due having severe Staff Infections I put in Slips and Wasn't Seen - Until I raise holy heck then I Was Seen - after long period of Suffering I'Suing Due to Pain & Suffering, which left severe Scars on my buttock, - it gave me such a complex!

-3-

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.) I'm looking for a Settlement amt - for this not to happen to anyone else and for pain So they wouldn't have to suffer the way suffering. I have, to have a better medical staff and Monetary relief for my suffering. I was upset by the fact I had to take care of my 10 inch incision - Due to being operated on in order to heal.

Signed this 27 day of 27, 2006

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

9/27/06
Date

_____
( Signature of Plaintiff)

-4-

United States District Court   Civil Rights Act 42 U.S.C. § 1983

1

# I JURISDICTION

1. This court had jurisdiction over plaintiff's Federal claims pursuant to 28 U.S.C.§ § 1331 and 1343 (a)(3).

# II VENUE

2. The district court of Delaware is an appropriate venue under 28 U.S.C. §§ 1391(b)(2) because of a substantial part pf the events or omissions giving rise to the claims occurred in this district.

# III Parties

Patrick A. Simpson /vs CMS/Correctional Medical Staff

Baylor Correctional Inst

Correctional Medical Staff

I became Incarcerated Oct 13, 05 - Within the short time of being Incarcerated I developed such a sore that was very painful and sore I had Chills and was running a fever - I was not seen- Until I was severly sick - I had Never been Incarcerated, and this was my first staff Infection, needless to say, Since my stay here. I develop 4 other staff Infections.

My buttocks are the worse, I had the Nurse practioner ~~is~~ Help me. And I have Never been so saddened to the fact I also met with the Doctor. Ishone. they gave me Antibotics to help, I am Sueing for damages, emotional/stress and all of the above! You may obtain all my Medical records.

@ Baylor Correctional Inst.,

over

My Last Staff Infection - I've pleaded with Medical to put me in the hospital to have I.V. fluids to Kill this Virus, There response was Antibotics -

I have Scars to prove, this Allegation -

I want for Pain & Suffering - And for Not having proper Medical treatment, - one - Attemp they Cut me W/ a Scaple- to Lance - It - And Sent me back in Pain to my Unit W/ a Packing- to Take Care of it myself. That is no way to treat An Individual -

_____

Patricia A. Simpson
660 Baylor Blvd
New Castle De 19720

Clerk
U.S. District Court
J. Caleb Boggs Federal Bldg
Lock Box 18
844 No King Street
Wilmington, De