## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

_Patricia J. Simpson_
        Plaintiff (s),      )
)
)
)
)
)
)
)

     vs.                 )

_Corrections Medical Center_
_Cms / Warden Ryan_
        Defendant (s),    )
)
)
)

FILED

FEB −7 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD Scanned
07 − 70

Civil Action No. _____

### PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

Pursuant to 28 U.S.C. 1915 (e)(i), plaintiff (s) moves for an order appointing counsel to represent him/her in this case. In support of this motion, plaintiff states,

1.     Plaintiff (s) cannot afford to hire a lawyer. He/she has requested leave to proceed in forma pauperis in this case.

2.     Plaintiff (s) imprisonment will greatly limit his ability to litigate this case. This case will involve substantial investigation and discovery.

3.     The issues in this case are complex. A lawyer would help plaintiff to apply the law properly in briefs and before the court Plaintiff has never before been a party to civil legal proceeding.

4.     A trial in this case will likely involve conflicting testimony. A lawyer would assist plaintiff in the presentation of evidence and the cross-examination of opposing witnesses.

5.     Plaintiff has made repeated efforts to obtain a lawyer. Attached to this motion are letters from lawyers responding to plaintiffs requests for representation.

WHEREFORE, plaintiff requests that the court appoint counsel to represent him/her in this case.

Respectfully submitted on this 27 day of _Sept_, 2006

_Patricia J. Simpson_
Movant