IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA A. SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-70-SLR |
| | ) |
| WARDEN RYAN, | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| and BAYLOR MEDICAL STAFF, | ) |
| | ) |
| Defendants. | ) |

**FILING FEE ORDER**

1.   The plaintiff Patricia A. Simpson, SBI # ------
(not provided), a pro se litigant who is presently incarcerated,
has filed this action pursuant to 42 U.S.C. § 1983 without
prepayment of the filing fee.

2.   Consistent with 28 U.S.C. § 1915(a)(1), the
plaintiff has submitted an affidavit stating that she has no
assets with which to prepay the filing fee.  Based on the
plaintiff's affidavit, her request to proceed in forma pauperis
is granted.

3.   Notwithstanding the above, pursuant to 28 U.S.C. §
1915(b)(1), the plaintiff shall be assessed the filing fee of
$350.00.  In order to determine the schedule of payment of the
filing fee, the plaintiff shall submit to the Clerk of Court, a
certified copy of her trust fund account statement (memorandum or

institutional equivalent, with attachments) **showing all deposits,**
**expenditures and balances** during the six-month period immediately
preceding the filing of the complaint, obtained from the
appropriate official at the institution at which the plaintiff is
confined. **FAILURE OF THE  PLAINTIFF TO RETURN THE REQUESTED**
**INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL**
**RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.**

4.   Unless the Court determines from the plaintiff's
financial information that she has no assets whatsoever, an
initial partial filing fee of 20 percent (20%) of the greater of
the plaintiff's average monthly deposit or average monthly
balance in the trust fund account shall be required to be paid
before the court reviews the complaint. **NOTWITHSTANDING ANY**
**PAYMENT MADE, THE COURT SHALL DISMISS THE CASE IF THE COURT**
**DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO**
**STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY**
**RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

5.   Pursuant to 28 U.S.C. § 1915(g), if the plaintiff
has had three or more actions dismissed by the Court on the
grounds that they were frivolous, malicious, or failed to state a
claim upon which relief may be granted, then the Court shall deny
the plaintiff leave to proceed in forma pauperis in all future
suits filed without prepayment of the filing fee, unless the

2

Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 2/16/07

United States District Judge

3