## Account Activity Ledger
From: 10/14/2005 To: 02/26/2007

Date : 02/26/2007
Time : 16:32

07-70 (SLR)

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 00307575 | Name SIMPSON, PATRICIA | | | Block 4 | | | Previous Balance | | 0.00 |
| MCP.10/15 | 10/17/2005 | 17:06 | B#39400 | 321615 | W | | | -6.00 | -6.00 |
| MCP.10/22 | 10/24/2005 | 14:26 | B#39481 | 322261 | W | | | -10.00 | -16.00 |
| PROCESSED.REC.VR.11/ | 11/14/2005 | 14:40 | B#39738 | 324904 | D | | 30.00 | | 14.00 |
| PROCESSED.REC.VR.11/ | 11/14/2005 | 14:41 | B#39738 | 324920 | D | | 20.00 | | 34.00 |
| PROCESSED.REC.VR.11/ | 11/14/2005 | 14:41 | B#39738 | 324922 | D | | 30.00 | | 64.00 |
| Sales Transaction | 11/15/2005 | 10:18 | I#76967 | | I | 63.82 | | | 0.18 |
| MCP.11/15 | 11/16/2005 | 16:49 | B#39770 | 325121 | W | | | -4.00 | -3.82 |
| COMM.CRDT.11/18 | 11/18/2005 | 19:00 | B#39835 | 325498 | D | | 1.12 | | -2.70 |
| PROCESSED.REC.11/24 | 11/29/2005 | 11:28 | B#39921 | 326074 | D | | 30.00 | | 27.30 |
| Sales Transaction | 12/06/2005 | 09:16 | I#77500 | | I | 24.82 | | | 2.48 |
| Sales Transaction | 12/12/2005 | 09:31 | I#77679 | | I | 2.31 | | | 0.17 |
| PROCESSED.REC.12/16 | 12/21/2005 | 16:39 | B#40193 | 329028 | D | | 30.00 | | 30.17 |
| Sales Transaction | 12/27/2005 | 10:55 | I#77931 | | I | 29.66 | | | 0.51 |
| PROCESSED.REC.12/25 | 12/28/2005 | 16:30 | B#40298 | 329870 | D | | 30.00 | | 30.51 |
| Sales Transaction | 01/03/2006 | 10:24 | I#78138 | | I | 28.82 | | | 1.69 |
| MCP.2/16 | 02/17/2006 | 09:50 | B#40995 | 335477 | W | | | -8.00 | -6.31 |
| PROCESSED.REC.3/1 | 03/03/2006 | 15:10 | B#41196 | 336986 | D | | 10.00 | | 3.69 |
| ZOE.ICE.CREAM.FNDRSR | 04/17/2006 | 15:33 | B#41738 | 342329 | W | | | -5.00 | -1.31 |
| PROCESSED.REC.4/24 | 04/24/2006 | 16:07 | B#41855 | 343008 | D | | 20.00 | | 18.69 |
| Sales Transaction | 04/25/2006 | 12:50 | I#81127 | | I | 18.41 | | | 0.28 |
| MCP.4/26 | 04/27/2006 | 11:10 | B#41889 | 343475 | W | | | -4.00 | -3.72 |
| PROCESSED.REC.5/11 | 05/12/2006 | 11:43 | B#42100 | 345944 | D | | 10.00 | | 6.28 |
| ZOE.SUBS.FNDRSR.6/6 | 06/06/2006 | 15:39 | B#42422 | 348913 | W | | | -6.50 | -0.22 |
| ZOE.ICE.CREAM.FNDRSR | 06/06/2006 | 16:30 | B#42423 | 349279 | W | | | -5.00 | -5.22 |
| MCP.7/5 | 07/13/2006 | 10:22 | B#42920 | 354163 | W | | | -6.00 | -11.22 |
| MCP.7/25 | 07/27/2006 | 16:30 | B#43127 | 356153 | W | | | -8.00 | -19.22 |
| PYMNT.FOR.DSTRYNG.ST | 10/20/2006 | 12:12 | B#45391 | 366683 | W | | | -6.00 | -25.22 |
| T/WWRTC.11/29 | 11/30/2006 | 12:12 | B#46157 | 372113 | W | | | 0.00 | -25.22 |

Deposits   10  For $    211.12
Withdraws  12  For $    -68.50
Invoices    6  For $    167.84



Patricia Simpson
620 Baylor Blvd
New Castle, De 19720

WILMINGTON DE 197
07 MAR 2007 PM 2 T

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, DE 19801-3570