IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA A. SIMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 07-70-SLR ) |
| WARDEN RYAN, COMMISSIONER STANLEY TAYLOR, and BAYLOR MEDICAL STAFF, | ) ) ) ) ) |
| Defendants. | ) |

### AUTHORIZATION

I, Patricia A. Simpson, SBI #307575, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated March 19, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: March 24, 2007.

Signature of Plaintiff: Patricia Simpson

FILED
MAR 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Patricia Simpson
620 Baylor Blvd
New Castle, De. 19720

SOUTH JERSEY NJ 080
24 MAR 2007 PM 3 L

Office of the Clerk
United States District Ct
844 No. King Street, Lockbox 18
Wilmington, Dela. 19801-3570

U.S.M.S. X-RAY