OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 9, 2007

TO:   Patricia A. Simpson
307575
D.J.B.W.C.I.
660 Baylor Boulevard
New Castle, DE 19720

RE:   285 forms received 7/3/07;
Civ. No. 07-70 SLR

Dear Ms. Simpson:

The Clerk's Office is in receipt of a USM 285 form addressed to **Baylor Medical Staff** in the above noted civil action. Insofar as the only remaining defendant in your case is **CMS**, we are returning this USM 285 form to you. Pursuant to the service order issued by the Honorable Sue L. Robinson on 6/6/07 in your case, you are required to provide a USM 285 form for the only remaining defendant **CMS**, as well as the Attorney General of the State of Delaware. As stated in the order, upon receipt, the U.S. Marshal shall serve process as directed.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc:   The Honorable Sue L. Robinson