OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 3, 2007

TO: Patricia A. Simpson
    307575
    Delores J. Baylor Women's Correctional Institution
    660 Baylor Boulevard
    New Castle, DE 19720

**RE: U.S. Marshal 285 Forms - Deficiency Noted**
      *Civ. No.* 07-70(SLR)

Dear Ms. Simpson:

   Please be advised that this office received a deficient USM 285 for CMS. This form is being returned to you. Please sign and date the form and return it to the Clerk's Office. Also, the Clerk's Office has not received a USM 285 form for the Attorney General of the State of Delaware. Enclosed please find a blank USM 285 form for you to complete and return to the Clerk's Office.

   Upon receipt of the corrected U.S. Marshal 285 form for CMS and USM 285 form for the Attorney General, your complaint will be forwarded to the U.S. Marshal for service in accordance with the Court's orders.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                              Sincerely,


/ead                                          PETER T. DALLEO
                                              CLERK

cc: The Honorable Sue L. Robinson
enc: Returned USM 285 form for CMS;
     1 Blank USM 285 Form