CA07-70 SCR

Office of the United States District Crt                9-12-07

I'm writing in reference to my address change, Patricia Simpson which is 1919 West 8th St. Wilmington, De. 19805

302-482-1840

# So. Sec.

Court Case #
07-70-SLR

(07-70-SLR)

Thank you-

Patricia Simpson



FILED
BV
SEP 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Patricia Simpson
1919 West 8th St
Wilmington, De. 19805

WILMINGTON DE 197
SEP 13 2007  PM 2 L

USA 41
Purple Heart

Office of the Clerk
United States District Court
844 No. King Street
Dock box 18
Wilmington, DE - 19801-3570

U.S.M.S.
D-X-RAY

19801+3519 C012