

## State of Delaware

DEPARTMENT OF CORRECTION
COMMUNITY CORRECTION
Plummer Community Correction Center
38 TODDS LANE
WILMINGTON, DELAWARE 19801

TELEPHONE: (302) 577-3039

FACSIMILE: (302) 577-2849

September 07, 2007

RE: PATRICIA A. SIMPSON

07-70 (SLR)

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON, DE. 19801-3570

Please be advised that the above offender was released from the New Castle County Women's Treatment Center on 09/04/07, prior to receiving the enclosed mail. This is being returned to you.

Sincerely,

M. Williamson
Maryellyn Williamson
Office of the Warden
777-6812



FILED
SEP 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned



DEPARTMENT OF CORRECTION
PLUMMER COMMUNITY CORRECTION CENTER
38 TODDS LANE
WILMINGTON, DELAWARE 19802

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300





U.S.M.S. X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
844 N. KING ST., LOCKBOX 18
WILMINGTON, DE. 19801-3570



Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Patricia A. Simpson
307575
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

Received by Warden's Office
PCCC/WWRTC

SEP - 7 2007

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

TO: MAILROOM PERSONNEL RESPONSIBLE FOR DELIVERING MAIL TO INMATES

Enclosed you will find an envelope addressed to an inmate. When the envelope is delivered to the inmate, please have the inmate fill in the date at the place provided on the acknowledgment form directly below these instructions, and have the inmate sign their name to acknowledge that they received the correspondence. The person delivering the mail should then sign on the line designated for "Witness." If an inmate should contend they never received a communication from the Court, production or non-production of the receipt will be considered by the Court in disposing of the inmate's contention. *For this reason, mailroom personnel are cautioned to organize, file and save the receipts so that the same can be readily found if the issue should arise.* The operating head of each institution is aware of this procedure. **PLEASE DO NOT SEND COMPLETED RECEIPTS TO THE DISTRICT COURT**.

---

### ACKNOWLEDGMENT OF RECEIPT OF MAIL

I, _____, do acknowledge by my signature below, that I received on _____, an envelope from the U.S. District Court for Delaware, containing:

_____

_____

issued by the Court on _____

*[handwritten across form: Returned to sender]*

_____          _____
(Witness)                                              (Recipient)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA A. SIMPSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-070-SLR |
| CMS, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

WHEREAS, plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on June 6, 2007, the court entered an order requiring plaintiff to complete and return USM-285 forms for defendant and the Attorney General of the State of Delaware, but failed to give plaintiff a deadline to submit the forms;

WHEREAS, to date, plaintiff has not submitted the required USM-285 form for the Attorney General of the State of Delaware;

WHEREAS, the United States Marshal cannot serve the complaint until all USM-285 forms are received by the clerk of the court

THEREFORE, at Wilmington this 28th day of August, 2007, IT IS HEREBY ORDERED that plaintiff shall submit a USM-285 form for the Attorney General of the State of Delaware within 30 days from the date of this order. Plaintiff is placed on notice that failure to timely submit the form may result in the complaint being dismissed or defendants being dismissed pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE

## Other Orders/Judgments
1:07-cv-00070-SLR Simpson v. Ryan et al
PaperDocuments

## U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 8/30/2007 at 12:22 PM EDT and filed on 8/30/2007
**Case Name:** Simpson v. Ryan et al
**Case Number:** 1:07-cv-70
**Filer:**
**Document Number:** 13

**Docket Text:**
ORDER - The plaintiff shall submit a USM-285 form for the Attorney General of the State of Delaware within 30 days from the date of this order. Plaintiff is placed on notice that failure to timely submit the form may result in the complaint or defendants being dismissed. Signed by Judge Sue L. Robinson on 8/28/07. (fmt)

**1:07-cv-70 Notice has been electronically mailed to:**

**1:07-cv-70 Notice has been delivered by other means to:**

Patricia A. Simpson
307575
Delores J. Baylor Women's Correctional Institution
660 Baylor Boulevard
New Castle, DE 19720

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/30/2007] [FileNumber=437198-0]
[bfff1803893713c2ec1cd018ceb57661845edb9f9f96ea46f23a33f0cd904653c1be
5246c70a44814036fd9cfa5bb32400b41b58febf5f3b25d9aba8c2b7305e]]