IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PATRICIA A. SIMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-070-SLR |
| | ) | |
| CORRECTIONAL MEDICAL SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, plaintiff, Patricia A. Simpson, was a prisoner incarcerated at the Delores J. Baylor Women's Correctional Institution ("BWCI"), at the time she filed her complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on February 16, 2007, this court entered an order granting leave to proceed in forma pauperis, and requiring plaintiff to pay the $350.00 filing fee as determined by statute;

WHEREAS, on July 20, 2007, plaintiff notified the court by telephone that she is no longer incarcerated;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003).

THEREFORE, at Wilmington this ____ day of September, 2007, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the filing fee owed ($350.00) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether she is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

UNITED STATES DISTRICT JUDGE