IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA A. SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-70-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, on September 24, 2007, this Court entered an order requiring plaintiff to either pay the filing fee or submit a new standard form application to proceed without prepayment of fees;

WHEREAS, plaintiff submitted an application to proceed without prepayment of fees on October 2, 2007;

NOW THEREFORE, the Court having considered plaintiff's application, at Wilmington this 9th day of October, 2007;

IT IS ORDERED that the application is GRANTED.

                                                                          _____
                                                                         United States District Judge