

**JOSEPH R. BIDEN, III**
**ATTORNEY GENERAL**

**DEPARTMENT OF JUSTICE**
**NEW CASTLE COUNTY**
**CARVEL STATE BUILDING**
**820 N. FRENCH STREET**
**WILMINGTON, DE  19801**

**CRIMINAL DIVISION (302) 577-8500**
**FAX: (302) 577-2496**
**CIVIL DIVISION (302) 577-8400**
**FAX: (302) 577-6630**
**TTY: (302) 577-5783**

**PLEASE REPLY TO:** **(302) 577-8400**

October 30, 2007

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE  19801

      RE:    *Simpson v. Correctional Medical Systems,* C.A. No. 07-00070-SLR

Dear Clerk of Court:

    On February 7, 2007, Plaintiff Patricia Simpson filed the above-referenced 42 U.S.C. §1983 action in the District of the Delaware, naming Correctional Medical Systems, Warden Ryan, Stanley Taylor and Baylor Medical Staff as defendants. [D.I.2] On April 24, 2007, Judge Sue L. Robinson ordered that "the claims against defendants Warden Ryan, former Commissioner Stanley W. Taylor, and the Baylor Medical Staff are dismissed, without prejudice, for failure to state a claim upon which relief may be granted." [D.I.9]

    Pursuant to Judge Robinson's Service Order of June 5, 2007 [D.I.10], the Attorney General of Delaware was served with a copy of the complaint [D.I.19].  Please be advised that the Delaware Department of Justice will not file an answer to the complaint, since all the State Defendants have been dismissed.

                                            Very truly yours,

                                            /s/ Catherine Damavandi,
                                            Deputy Attorney General, ID#3823

cc:    Judge Sue L. Robinson

       Patricia A. Simpson
       1919 West 8th Street
       Wilmington, DE 19805