U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Patricia A. Simpson | COURT CASE NUMBER: 07-70-SLR |
| DEFENDANT: CMS | TYPE OF PROCESS: Lawsuit |

SERVE ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: CMS Correctional Medical Staff

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 660 Baylor Blvd New Castle De. 19720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Patricia A. Simpson
620 Baylor Blvd  1919 West 8th Street
New Castle, De. 19720
Wilmington, DE 19805

Number of process to be served with this Form - 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Is on the same grounds as the Crest North Program - In New Castle, De.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Patricia W. Simpson
TELEPHONE NUMBER: 302-777-6800
DATE: 8/9/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.: 15
District to Serve No.: 15
Signature of Authorized USMS Deputy or Clerk: bt
Date: 10/18/07

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Marge Slack, Administrative Assistant

Address (complete only if different than shown above):
1201 College Park Drive
Suite 102
Dover, DE 19904

Date of Service: 1/28/08
Time: 3:50 pm
Signature of U.S. Marshal or Deputy: RTS cousn

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund

REMARKS:
96 miles RT

Served on 1/28/08 @ 3:50 pm

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)