UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA A. SIMPSON, ) | |
| ) | Case No. 007-070 GMS |
| Plaintiffs, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| ) | |
| Defendant. ) | |

-------------------------------------------------------

## ENTRY OF APPEARANCE

Please enter the appearance of James E. Drnec, Esquire, and Balick & Balick, LLC on behalf of defendant Correctional Medical Services. This entry of appearance is not a waiver of any defense available to defendant and all defenses to the above-captioned action are reserved.

BALICK & BALICK, LLC

              /s/ James E. Drnec
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant

Date:  February 19, 2008

**CERTIFICATE OF SERVICE**

      I, James Drnec, hereby certify that on the 19th day of February 2008, the foregoing Entry of Appearance was filed via CM/ECF and served First Class Mail upon the following:

      Ms. Patricia A. Simpson
      1919 West 8th Street
      Wilmington, DE 19805

      /s/ James E. Drnec
      James E. Drnec, Esquire (#3789)