UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PATRICIA A. SIMPSON,              )
                                 )        Case No. 007-070 SLR
              Plaintiffs,        )        JURY TRIAL DEMANDED
       v.                        )
                                 )
CORRECTIONAL MEDICAL SERVICES,   )
                                 )
              Defendants.        )
--------------------------------------------------------

### DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES AS REQUIRED BY 42 U.S.C. § 1997e(a)

Defendant Correctional Medical Services ("CMS"), by and through its undersigned counsel of record, hereby moves for the entry of an order in the form attached hereto dismissing with prejudice the above-captioned action for failure to exhaust administrative remedies as required by 42 U.S.C. § 1997e(a).  In support of this Motion, CMS states as follows:

*FACTS*

1.    On February 7, 2007, Plaintiff initiated the above-captioned action by filing her Complaint alleging civil rights violations under 42 U.S.C. §1983. (D.I. 2).  Plaintiff's Complaint was drafted on a form titled "To Be Used By a Prisoner in Filing a Complaint Under the Civil Rights Act, 42 U.S.C. §1983".  *Id.*    When Plaintiff completed Section II of that form, she indicated that the facility in which she was incarcerated had a prisoner grievance procedure, and that she did not present the facts relating to her complaint in the state prisoner grievance procedure.  Her explanation for failing to do so was that she "Didn't know all procedures.  I put in Medical Slips and so forth – that's all that can be done until?" (D.I. 2 at 2)

2.    On September 12, 2007, Plaintiff wrote to notify the Court of her new address, which indicated that she had been released from custody.

3.      CMS was served on January 28, 2008.

*ARGUMENT*

4.      The Prison Litigation Reform Act ("PLRA") provides that "[n]o action shall be brought with respect to prison conditions under section 1983 or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a); *see Porter v. Nussle,* 534 U.S. 516, 532 (2002) ( "[T]he PLRA's exhaustion requirement applies to all inmate suits about prison life, whether they involve general circumstances or particular episodes, and whether they allege excessive force or some other wrong.").

5.      In her Complaint, Plaintiff admits that she did not make use of the prison's grievance procedure, but states that failure was because she "didn't know all the procedures".  However, she was aware that there was a grievance process, as she so indicated when she placed an "x" in the appropriate box on the form.  In addition, all new inmates at Baylor are given an orientation pursuant to the outline included here as Exhibit "A".  That outline clearly includes the grievance process.  At orientation, each new inmate is also given a handbook, which clearly discussed access to medical services and the grievance process.  Exhibit "B" at 8.  Plaintiff was clearly aware that there was a grievance process.  She simply did not use it.  Therefore, the Complaint must be dismissed.

6.      Even if Plaintiff was previously unaware of the prison grievance system, she certainly knew or was put on notice when she completed the complaint form.  Had she inquired at that point, she could have completed the steps necessary to exhaust her administrative remedies before filing her Complaint.  Because the events of which she complained took place in the fall of 2005, she was under no pressure to file for fear of running afoul of the statute of limitations.

WHEREFORE, for the foregoing reasons, Defendant Correctional Medical Services respectfully

requests entry of an order in the form attached hereto dismissing the Plaintiff's Complaint.

BALICK & BALICK, LLC


_____/s/ James E. Drnec_____
James E. Drnec, Esquire (#3789)
711 King Street
Wilmington, Delaware 19801
302.658.4265
Attorneys for Defendant
Correctional Medical Services, Inc.

Date:   February 19, 2008

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PATRICIA A. SIMPSON,                    )
                                        )        Case No. 007-070 SLR
                Plaintiffs,             )        JURY TRIAL DEMANDED
        v.                              )
                                        )
CORRECTIONAL MEDICAL SERVICES, )
                                        )
                Defendants.             )
-------------------------------------------------------

## **ORDER**

AND NOW, this _____ day of _____, 2008 the Court having considered

defendant Correctional Medical Services' Motion to Dismiss for Failure to Exhaust

Administrative Remedies as Required by 42 U.S.C. § 1997e(a), and all opposition thereto, it is

hereby ordered that the Motion is Granted.  The above-captioned action is dismissed.

_____
                    The Honorable Sue L. Robinson

# Exhibit A

# BAYLOR WOMEN'S CORRECTIONAL INSTITUTION
# ORIENTATION

## Introduction

**1**   **TELEPHONE CALLS**
  i. Phone Sheets: Types (when should they be put in)
  ii. Number of phone calls per day
  iii. Duration of calls
  iv. Calls are not allowed to staff, volunteers or former inmates, or cell phones
  v. One valid SBI number is accepted for phone calls
  vi. No three-way calling

**2**   **SICK CALL**
  i. How do you go about being seen by a doctor or medical or mental health staff

**3**   **EDUCATION**
  i. Testing for academic placement
  ii. ABE (Adult Basic Education)
  iii. GED (General Education Development)
  iv. High School Diploma
  v. College courses
  vi. Spanish to English courses
  vii. Literacy courses/Tutoring
  viii. Computers
  ix. Culinary Arts
  x. Life Skills

**4**   **CLASSIFICATION**
  i. Types of Classification
    (a) Initial
    (b) Reclassification
    (c) Maintenance Reviews
  ii. Classification Requests (When should they be put in?)
  iii. What are they used for? To determine appropriate housing, security level, work, treatment, programs, release plan, short and long term goals
  iv. How long is the wait to be classified? (Shortly following sentencing of more than 90 days
  v. Review dates: set by policy
  vi. Security Level: Based on established classification criteria

# BAYLOR WOMEN'S CORRECTIONAL INSTITUTION ORIENTATION

5  **JOBS**
   i. What types of jobs are available?
      (a) There is a list of institutional jobs, which is posted in the Main Hall next to the dining room

6  **PROGRAMS**
   i. Work Release
   ii. I.W.A. (Inmate Work Agency)
   iii. S.C.U. (Supervised Custody Unit)
   iv. C.R.E.S.T.
   v. Boot Camp
   vi. AVP
   vii. DMP/PRC
   viii. AA
   ix. Parenting
   x. Gamblers Anonymous
   xi. Religious Writing
   xii. Girls Scouts
      *A list of Institutional programs can be found in the hand book*

7  **GRIEVANCES**
      (a) Discipline
      (b) Medical
      (c) Staff
      (d) Visits
   *Classification cannot be grieved, but maybe appealed*

8  **DRESS CODE**
   i. Uniforms are provided by the institution in compliance with security level (Burgundy, red, blue T-shirts)
   ii. Underwear are also given (exception is made for inmates who need super sizes so that they may have these sent in new condition)

# BAYLOR WOMEN'S CORRECTIONAL INSTITUTION
## ORIENTATION

**9 VISITS**
    i. **No visits from:**
        (a) Staff
        (b) Former staff
        (c) Former inmates without the expressed permission
            of the Warden

**10 RELATIONSHIPS**
    i. **No sex of any kind Explicit or Implicit.** Title 11,
        DOC. Sex cannot be consensual in a correctional
        facility
        (a) No inmate with inmate
        (b) No inmate with staff
    ii. **Communication**
        (a) No unauthorized communication (writing,
            sending of messages, gifts)
        (b) No gathering for the purpose of connecting with
            another inmate in Chapel, Medical, Education,
            Visiting Room, Kitchen etc.
        (c) No violation of "No Contact Orders"
        (d) No co-defendants housed together (notify
            counselor if you are in the same housing unit)

**11 MISCELANEOUS**
        (a) No make-up of any kind (including home made)
        (b) No bracelets (knitted, crocheted, knotted etc.)
        (c) No bartering
        (d) No tattooing or other violations of health and
            safety concerns

**Treatment Service Counselors:**
        **Ms. Hudson - Units: 5 and 9**
        **Ms. Mazzeo - Units: 6, 3 and 4**
        **Ms. Russell - Units 7 and 8**

BAYLOR WOMEN'S CORRECTIONAL INSTITUTION
BIOGRAPHICAL SUMMARY

Please print all information

Name: _____  SBI: _____

Home address: _____
          Street                             City

Telephone Number: _____

Next of Kin (Must be family member over 18) _____
                                           Name                 Relationship

Home Address: _____
          Street                             City

Telephone Number: _____

Marital Status:  Married  Single  Divorced  Widowed  Separated  Common Law

Spouse's Name: _____

Address if different from above: _____
                                   Street                    City
Telephone Number: _____

Drug Usage: _____

Have you ever received drug treatment for the above usage?  Yes  or  No

Would you like information concerning the BWCI village program?  Yes  or  No

Children:  # of children ____     Name _____  Age ____

                                  Name _____  Age ____

                                  Name _____  Age ____

                                  Name _____  Age ____

                                  Name _____  Age ____

**List additional children on back page.**

Who has the children? _____

**Education:**

Highest grade completed in school _____
If you have not graduated from high school are you interested in obtaining a GED?
Yes or No
Have you obtained any educational certificates? _____

**Health:**

Please list any health problems: _____
Kind of medication currently taking: _____
What is the medication you take for this condition? _____
Upon entrance into BWCI were you seen by a nurse?  Yes or No
Did you receive a TB test?  Yes or No
**Are you currently pregnant?** Yes or No
If yes, how many months? _____  Is this a high risk pregnancy?  Yes or No
If Yes, please explain _____

**Legal Information:**

Current legal offenses: _____
Were you given a bail?  Yes or No.  If yes, how much? _____
Were you given a bail call upon entering BWCI?  Yes or No
Is your current offense due to a Violation of Probation (VOP)  Yes or No
If yes, what is your probation officer's name? _____
Is current offense of violent nature? Yes or No
Was a weapon used?  Yes or No.  If yes, what was weapon? _____
Who was your victim? _____
Are you sentenced?  Yes or No
If yes, length of sentence? _____ days _____ months _____ years
Is sentence due to a DUI?  Yes or No.  If yes, what number is this? ___
Did you receive a Urine test upon entering BWCI?  Yes or No

Do you currently have any relatives, friends or co-defendants incarcerated? Yes or No

| Name? | Relationship? | Where? |
|-------|---------------|--------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Date: _____

I have read and received my institution handbook _____     _____
                                                      signature              initials

# Exhibit B

STATE OF DELAWARE
DEPARTMENT OF CORRECTION



DELORES J. BAYLOR
WOMEN'S CORRECTIONAL INSTITUTION
660 BAYLOR BOULEVARD
NEW CASTLE, DELAWARE 19720
PHONE: (302) 577-3004



RESIDENT HANDBOOK



# GENERAL STATEMENT
Introduction

Welcome to the Delores J. Baylor Women's Correctional Institution (DJBWCI).

This handbook is designed so that you can better understand the operation of the Institution, the Department of Correction, and its policies and procedures.

The material in this handbook will help you understand what you will be encountering within the confines of the prison. It will also provide you with valuable resource information to assist in your successful adjustment to institutional life.

This handbook is not designed to answer all your questions, therefore, you are encouraged to address additional questions to your unit officer or counselor, who can further explain policies and procedures to you.



1

# State of Delaware
## Department of Correction

## MISSION STATEMENT

*The Department commits to:*

providing programs, policies and services which at all times places public safety as our top priority whether the offender is in prison or supervised in the community;

providing safe and humane services, programs and facilities;

enhancing long term public safety by holding offenders accountable for their behavior after release;

supporting the full recognition of victims rights; and

recognizing the value of human resources as represented by employees, volunteers, offenders, their families and community members.

ii

NOTES

**APPENDIX B**

Personal Belongings Permitted in Units 3, 4, & 9

| Miscellaneous | Total |
|---|---|
| Set of Sheets | 2 |
| Bed Spreads | 1 |
| Towels | 2 |
| Wash Cloth | 2 |
| Plastic Tumbler/Cup | 1 |
| Photos (all must fit on a 8x10 paper) | 5 |
| Curling Iron | 1 |
| Blow Dryer | 1 |
| Afghan | 1 |
| Umbrella | 1 |

**Special Job Classification and by Approval**

| | |
|---|---|
| Boots | 1 pr |
| Summer Shorts | 1 pr |

**FOR A LIST OF PERSONAL CARE PRODUCTS SEE APPENDIX A.**

Please note: Items that can be purchased through commissary are permitted in rooms.

19

---

**A MESSAGE FROM . . . .**

**THE WARDEN**

The orderly management of this or any institution requires adherence to rules. This booklet is provided so that you will have the information you need in order to carry out your court imposed obligations at DJBWCI.

It contains most, but not all, of the basic rules which you are required to follow. The various housing units and work/education areas may have additional requirements. Also, the staff expect you to follow their lawful orders. The institution's rules and regulations offer you a framework for daily living, so you may wish to incorporate these into your daily routine upon your release.

Our objectives are that your stay here be safe, secure, and productive. We expect you to take this time to reflect on your life's direction. With the guidance of staff and participation in the various programs offered here, you should be able to return to society better prepared to resume life as a law-abiding citizen.

Patrick J. Ryan
Warden

iii

# INSTITUTIONAL CHAIN OF COMMAND
## WARDEN, Administrator

### SECURITY AND CUSTODY
DEPUTY WARDEN FOR OPERATIONS
CAPTAINS
STAFF LIEUTENANTS
LIEUTENANTS
SERGEANTS
CORPORALS
CORRECTIONAL OFFICERS

### REHABILITATIVE SERVICES
CLASSIFICATION OFFICER
COUNSELORS (TREATMENT SERVICES)
CHAPLAIN (RELIGIOUS SERVICES)
PRINCIPAL (EDUCATIONAL SERVICES)
MEDICAL SERVICES
MENTAL HEALTH SERVICES
CLASSIFICATION
RECORDS
SUBSTANCE ABUSE TREATMENT SERVICES
LAW LIBRARY
DELAWARE MENTOR PROGRAM
PARENTING PROGRAMS

### ADMINISTRATIVE SERVICES
ADMINISTRATIVE OFFICER
INMATE ACCOUNT CLERK

### VOLUNTEER PROGRAMS AND SERVICES
VOLUNTEER SERVICES COORDINATOR
VOLUNTEERS

**Please Note: If you have a situation that needs immediate attention, see your unit officer. All other concerns may be addressed through the appropriate staff member utilizing the institution's mail system.**

iv

---

# APPENDIX A

## Personal Belongings Permitted in Units 5, 6, 7, & 8

| Clothing. | Total |
|---|---|
| Underwear (panties) | 7 |
| Bras | 7 |
| Nightshirt/pajamas | 2 |
| Robe | 1 |
| Socks | 7 prs |
| T-shirts (white) | 3 |
| Slippers | 1 pr |
| Sweatsuit | 1 |
| (white or gray) | |

*Note: All clothing must fit properly.*

**Miscellaneous**

| | |
|---|---|
| Curling Iron | 1 |
| Blow Dryer | 1 |
| Towels | 2 |
| Washcloths | 2 |
| Plastic Drinking Cup | 1 |
| Photos (all must fit on a 8x10 paper) | 5 |

**Personal Care Products**

| | |
|---|---|
| Deodorant | 1 |
| Lotion | 1 |
| Soap | 4 |
| Soap Dish | 1 |
| Shampoo | 2 |
| Hair Dressing | 2 |
| Face Cream | 1 |
| Hair Removal | 1 |
| Toothbrush | 1 |
| Toothpaste | 1 |
| Comb & Brush | 1 ea |
| Afro Pick (plastic) | 1 |
| Hair Rollers | 1 set |
| Tampons | 2 bxs |
| Sanitary Napkins | 6 |
| Toothbrush Holder | 1 |
| Shower Cap | 1 |

Possession of prohibited items may result in disciplinary action.

| Jewelry | Total |
|---|---|
| Wedding Band | 1 |
| Watch (Value 35.00 or less) | 1 |
| Earrings (Post only) | 1 pr |
| No Body Piercing | |

**Writing Material**

| | |
|---|---|
| Tablet (small) | 1 |
| Tablet (large) | 1 |
| Envelopes (small) | 1 box |
| Envelopes (large) | 1 box |
| Pencils (No colored) | 3 |
| Pens | 3 |
| Dictionary | 1 |
| Stamps | 1 |

**Reading Material**

| | |
|---|---|
| Bible | 1 book |
| Subscription Only: | |
| Newspaper | 1 |
| Approved Magazines | 3 |
| Books (Recreational) | 3 |
| Approved School Books (No Pornographic Material) | |

**Recreation**

| | |
|---|---|
| Games | 3 |
| Playing Cards | 3 |
| Yarn | 10 Skeins |
| Plastic Crochet Hooks | 2 |

**Footwear**

| | |
|---|---|
| Sneakers | 1 pr |

Note: Additional footwear approved for special work assignments.

**THIS LIST ALSO APPLIES TO UNITS 3, 4, & 9**

Please note. Any item that can be purchased on commissary is permitted in rooms.

18

17

## PARENTING AND BONDING PROGRAMS

Parenting is an eight week class which teaches effective parenting skills. Lessons cover infancy through adolescence and suggest appropriate ways to deal with difficult situations.

You will receive a certificate upon successful completion of the program. You can also be eligible to participate in other parenting programs, such as REACH and READ-A-LOUD.

Mother's Time - These are extended visits with your children. In order to participate, you must be eligible to participate in other parenting programs, you must be write-up free for the past 45 days and either be participating in or a graduate of the Parenting Class. Your first month's visit is for 2 hours, your second month's visit will be 4 hours and your third month's visit will be 7 hours. (At the present time, program open to Key-Village only).

Overnight Visits - These visits are for those of you who have had your 7 hours of mother's time. Up to two children (ages 0-7) may come in at 4:30 pm on Friday or Saturday and spend the night with you. He/she will leave at 8:30 am the next morning. (At the present time, program open to Key-Village only).

Mother's Time and Overnight Visit requests must be submitted to Classification.

## THRESHOLDS OF DELAWARE

Thresholds is an 11 week program of structured workshops which teach problem solving and decision-making skills. The goal is to give the student the tools to better manage their lives upon release. Participation is voluntary. You may sign up in your unit or contact the Program Director.

## Thresholds Training Program

Thresholds of DE is offering a teacher' training programs to residents who have completed Thresholds and have several years on their sentences. If interested, write your counselor.

## COLLEGE PANEL COMMITTEE

Sentenced residents may be classified as members of the college panel. As a member, you are required to share your experiences with local college and university students, who tour the prison as part of their educational experience. For more details, contact the Program Director.

# Table of Contents

## LIFE AT THE DELORES J. BAYLOR WOMEN'S CORRECTIONAL INSTITUTION

Attitude .......................................................................................... 2
Booking and Receiving ................................................................ 2
Court and Transportation ............................................................ 2
Video Conferencing Room ........................................................... 3
Housing .......................................................................................... 3
Security .......................................................................................... 4
Telephone Calls ............................................................................ 4
Law Library ................................................................................... 4
Visitation ....................................................................................... 4
Personal Belongings .................................................................... 5
Books Bags/Totes ........................................................................ 6
Contraband .................................................................................... 6
Shakedowns .................................................................................. 6
Mail/Legal Mail/Packages ........................................................... 6
Commissary ................................................................................... 7
Inmate Accounts ........................................................................... 7
Medical ........................................................................................... 7
Fire Safety/Evacuation ................................................................ 8
Cosmetology ................................................................................. 8
GRIEVANCES ................................................................................ 8
DISCIPLINARY INFRACTIONS ................................................... 9
RECORDS & GOOD TIME ............................................................ 10
Records .......................................................................................... 10
Good Time ...................................................................................... 10
REHABILITATIVE SERVICES ..................................................... 10
Institutional Counselors .............................................................. 10
Multi-Disciplinary Team (Classification) ................................... 11
Institutional Employment ............................................................ 11

v

# Table of Contents Cont'd

**EDUCATIONAL PROGRAMS** ............................ 11

General Equivalency Diploma (GED) ................... 11

High School Diploma ................................. 11

Stitches That Count. ................................ 11

Tutoring ............................................ 12

Typing .............................................. 12

Computer Instruction ................................ 12

Library ............................................. 12

Life Skills ......................................... 12

Delaware Mentor Program ............................. 13

Mental Health ....................................... 13

Prison Industries (Sewing) .......................... 13

Horticulture. ....................................... 13

**SUBSTANCE ABUSE TREATMENT (AA)** ................... 14

Alanon. ............................................. 14

BWCI Key-Village .................................... 14

**RELIGIOUS SERVICES** ............................... 15

**OTHER ACTIVITIES** ................................. 16

AIDS Education ...................................... 16

Alternative to Violence Project (AVP) ............... 16

Girl Scouts ......................................... 16

Juvenile Pride and Awareness (JPAA) ................. 16

Parenting ........................................... 17

Thresholds .......................................... 17

College Panel Committee ............................. 17

## OTHER ACTIVITIES

### AIDS Education

Due to the high risk of HIV infection, it is becoming more and more important for us to educate ourselves about HIV transmission and prevention.

DJBWCI has a team of certified HIV peer educators who will be coming to your unit to present important information and answer any questions that you may have regarding HIV and AIDS. These sessions will take place in the evenings and/or weekends and will run for about one (1) hour. You will receive a certificate at the completion of the meeting. In order to be a Peer Educator, you must be classified and successfully complete a seminar.

### ALTERNATIVE TO VIOLENCE (AVP)

The Alternatives to Violence Project (AVP) consists of workshops that empower individuals to change their lives and free themselves and others from the burden of violence. The 3 components of this program are: Basic, Advanced and Training for Trainers. Upon completion of each component, participants will receive a certificate.

### GIRL SCOUTS

The DJBWCI girl scout troop is designed so that mothers and daughters can (re) establish their relationship. All daughters must be New Castle County residents between ages of 5 and 12.

Together, the mothers and daughters participate in tennis lessons, day camps, overnights, badge earnings, and crafts. The troop meets twice a month here at DJBWCI and the daughters meet twice a month at the YWCA. Future plans are to include Kent and Sussex County residents.

Participants must be working on self-improvement and have no disciplinary infractions 45 days prior to the start date of the program.

### JUVENILE PRIDE AND AWARENESS PROGRAM (JPAP)

The Juvenile Pride and Awareness Program is a committee of residents who share their experiences with juveniles from various organizations and local school districts.

The program's primary purpose is to instill pride and deter youth from involvement in the justice system.

## RELIGIOUS SERVICES

In order to meet the spiritual needs of our residents, the Chaplain's Office provides many different services and programs.

Church services, religious classes and Bible studies, support groups, special programs and seminars are held throughout the week. In addition, residents may ask for a one-on-one Prison Fellowship volunteer, or confidential prayer and counseling.

**Regularly Scheduled Services**

| Sunday School | Sunday | 9:00a -10:00a |
| Chapel Service | Wednesday | 1:00p - 2:30p |
| Church Service | Thursday | 6:30p - 8:30p |
| New Convert Class | Monday | 1:30p - 3:00p |
| Catholic Mass | 1st-3rd Friday | 9:30a - 10:30a |
| New Beginnings | 2nd-4th Friday | 9:30a - 10:30a |
| Catechism Class | Saturday | 9:30a - 9:30a |

The Chaplain's Office provides Bibles and greeting cards. For residents who have little or no money on their accounts, personal hygiene products are provided, when available.

Prison Fellowship offers a Reading Room, in which there are a large selection of Christian materials.

During the Christmas season, Project Angel Tree through a nationwide effort, purchases gifts for the initial, adopted, or stepchildren (18 years or younger) of incarcerated men and women. Applications for Project Angel Tree can be requested through the Chaplain's Office.

**BIBLE COLLEGE**

Victory Bible College classes are college level Bible courses offered on a scholarship basis to residents while incarcerated and continuing after release at no cost to the offender. These classes are held:

Wednesday Evening 6:30p - 8:30p
Saturday Afternoon 1:00p - 3:00p

**ZOE SUMMER DAY CAMP**

ZOE Summer Day Camp is an opportunity for residents to spend a week with their children (ages 5-11). They share a Bible-centered learning experience which includes arts and crafts, religious learning, singing, and many other activities.

All residents who participate must be classified and write-up free for 45 days prior to sign-up and must remain write-up free until the day camp begins.

For more information about any of the services or programs offered, please write the Chaplain. Prayers, counseling, and a kind word are always available.

15

---

## LIFE AT THE DELORES J. BAYLOR WOMEN'S CORRECTIONAL INSTITUTION

**ATTITUDE**

Your growth and rehabilitation here at the Delores J. Baylor Women's Correctional Institution (DJBWCI) depends entirely on you. Although staff have your best interest in mind, it is your responsibility to take control of your own life. As you can see from this handbook, there are employment, educational, vocational, recreational, treatment, and religious programs available to you. If you take advantage of these programs will assist in your successful transition back into the community.

Your cooperation and attitude towards self, other residents, and staff will largely determine your adjustment process.

*"Your attitude determines your attitude."*

**BOOKING AND RECEIVING (New Commitment)**

As a new commitment to DJBWCI, you enter through the Booking and Receiving area. You are strip searched, photographed, fingerprinted, and then given a shower. Thereafter, a correctional officer will process the intake paperwork.

Your personal belongings are stored in an assigned box in the property room and your jewelry is placed in a safe. Cash money will be counted in your presence, you will be issued a receipt, and the money will be credited to your inmate account.

Food stamps and personal checks will not be put on your account they must be sent out.

You will receive a housing assignment, uniform(s), sheets, a blanket, pillow, and personal hygiene products. You will be given a Photo ID/Badge, which you are required to wear at all times. A failure to do so may result in a 24 hour Loss of All Privileges (LOAP).

**COURT AND TRANSPORTATION**

The court/transfer list is called after 10:00 p.m. Sundays through Thursdays. You are not given any other notification of your court date (or transfer). You are not permitted to bring any items to court except legal papers and/or a Bible.

When released, you must have transportation to your destination.

2

## VIDEO CONFERENCING ROOM

The video conferencing system is used by public defenders and most courts throughout the state. The video system is a means of having incarcerated individuals appear in court without being physically transported to court. The courts use this system for arraignments, capias returns, bail motions, contempt hearings, preliminary hearing waivers, and other such matters.

All court hearings conducted via video conference are scheduled by the courts.

## HOUSING

There are several different housing units at DJBWCI. Each have different security and custody levels, which means that the rules and expectations vary by unit.

The following is a list of all units and their corresponding security and custody levels.

### Housing

U3 - Minimum High
U4 - Minimum Low (Key-Village)
U5 - Medium High
U6 - Medium Low (The Harbor)
U7 - Medium (Pre-Trial)
U8 - Maximum (Chronic Care/Isolation)
U9 - Medium Low/Minimum High

As a new commitment, you must remain in your room for a 24 hour observation period. Once in general population, you will learn the daily routine which includes designated meal times, formal headcounts, recreation, etc. All important information regarding activities, announcements, and special programs will be posted on the bulletin board in your housing unit. It is your responsibility to check the board on a daily basis.

Do not tamper with window curtains. The door curtains should be closed only when dressing or using your lavatory facilities (bathroom). If the curtain is closed at any other time, this may be considered a disciplinary infraction.

Furniture in Units 3 and 4 must remain stationary. Remember, you must respect the institution's property and the property of others at all times.

For questions regarding rules and/or schedule of unit activities, consult your unit officer. During these times, it is necessary to follow any directions given by the correctional officer.

3

## SUBSTANCE ABUSE TREATMENT

### ALCOHOLICS ANONYMOUS (AA)

Alcoholics Anonymous (AA) utilizes the 12-steps of sobriety. It is a confidential self-help group which enables recovering alcoholics to live a healthier life.

AA offers closed meetings on Monday and Wednesday evenings. If you are here for a DUI conviction, you are required to participate in all meetings. All interested individuals must complete and submit an AA meeting request form to the Program Director.

### ALANON

Alanon is a confidential self-help group which enables family members of alcoholics to live a healthier life. All interested individuals must submit their names to the Program Director's Office.

Alanon offers closed meetings every other Monday.

### BWCI KEY/VILLAGE

Key Village is located on the grounds of Baylor Women's Correctional Institution (BWCI). The Village is a treatment unit designed to provide substance abuse treatment for incarcerated substance-abusing women. Culturally-sensitive approaches designed to meet the needs of women are incorporated into the program. Village residents are involved in treatment services 7 days a week, with a full-day involvement, and are completely segregated from the general inmate population.

The 96-bed unit is designed as a modified therapeutic community (TC), in which the length of stay in treatment ranges from 6 to 10 months. Upon completion, clients may move to a Level 4 work release TC, transitional housing, or receive referral to an Aftercare Program.

The Village is designed to provide a safe environment in which residents are given the opportunity to learn prosocial behaviors and associated cognitive patterns in order to return to society and remain substance abuse and crime free. As such, the goal is to facilitate personal growth through the modification of deviant lifestyles and behavior patterns using a holistic approach to treatment.

Women are generally referred to the program through the following three sources: self, correctional staff, and court commitments, including DUI residents committed to the institution for at least six months. The Village encourages anyone interested in drug abuse treatment to participate.

14

## MULTI-DISCIPLINARY TEAM (Classification)

The Multi-Disciplinary Team (MDT) is BWCI's Classification Board. They make recommendations to the Central Institution Classification Board (CICB) and the Institution Release Classification Board (IRCB).

Classification request forms are supplied in each housing unit. You will receive a copy of the Institution MDT form of the Board's decision.

## INSTITUTIONAL EMPLOYMENT

You are encouraged to obtain employment during your incarceration. The institution offers a variety of positions, such as kitchen worker, clerk, environmental worker, janitor, groundskeeper, etc. While employed, your primary goals should be to gain or enhance job skills, and develop good work ethics. You may be eligible for pay and/or good time. Jobs will be assigned based on availability, skill, and institutional adjustment. *You may not hold more than one job at any given time.* Must be classified for work assignments.

## EDUCATIONAL PROGRAMS

### GENERAL EDUCATIONAL DEVELOPMENT (GED)

General Educational Development (GED) classes are offered through the Delaware Department of Education. Testing is required prior to participation. Classes are held Monday through Friday. Teachers and students utilize a self-paced approach to learning.



### HIGH SCHOOL DIPLOMA

High School diploma classes are available through the Delaware Department of Education. High School classes can be taken in conjunction with GED classes. Classes are held Monday through Friday, September through June. Math, English, history, and biology classes are offered.

## STITCHES THAT COUNT

Cross stitch class is designed to teach cross stitching to interested residents. If interested, you must write a letter to classification. Classes are held every other Tuesday. Cross stitch instructor makes final decision of class participants.

11

## PERSONAL BELONGINGS

Personal items may be brought in during visiting time. A personal property request form must be submitted and approved prior to your visit. Since property rules vary by unit, please review the personal belongings list in the Appendix's section of this manual.

After sixty (60) days of residency all requests for televisions and radios are acknowledged, but not necessarily approved. If approved, TVs and radios must be new and in factory-sealed cartons.

The institution is not responsible for property stored over 30 days. It is recommended that a designated person pick up your stored items within this time frame. Detentioners are allowed to have one outfit beyond the 30 day limitation.

## BOOK BAGS AND TOTES

Residents are not allowed to have book bags, tote bags, satchels, or back packs in their possession. Books and other necessary items must be hard carried. During inclement weather, Units 3, 4 and 9 residents will have to place books under their coats or in a clear plastic bag (which will be subject to a search at any time).

## CONTRABAND

Contraband is defined as any item or thing not authorized or issued by the institution, received through approved channels, or purchased through the commissary.

## SHAKEDOWNS

A staff member may search an inmate's room for any reason to retrieve contraband or stolen property. It is not necessary for the inmate to be present during room inspection. The property and living area will be left in the same general condition as found. Inspections may be random and/or unannounced.

## MAIL/LEGAL MAIL/PACKAGES

Regular U.S. mail and packages are delivered Monday through Friday. Everything is opened, searched for contraband, and delivered to your housing unit. Through the U.S. mail, you are allowed to receive money orders, books, magazines (must come directly through distributor), and newspapers.

6

## MAIL/LEGAL MAIL/PACKAGES (Cont'd)

All outgoing mail is stamped to indicate that it was sent from a correctional institution. You may send out an unlimited number of letters. Stamps may be purchased through commissary or self-adhesive stamps may be sent in.

In order to write an incarcerated, immediate family member, you must submit a correspondence request form to your counselor with the understanding that the Deputy Warden makes the final decision. Correspondence forms may be obtained from unit officer.

Legal mail is opened and signed in the presence of the housing unit officer. If you receive court appearance notifications, inform your housing officer so that such appearances can be forwarded to the Records' Office.

You can send written requests to any BWCI staff member through the institutional mail system... Mail addressed to other state agencies (courts, Public Defender's office, Probation and Parole, etc.), require U.S. postage stamp(s) for delivery.

## COMMISSARY

You are allowed to order commissary once a week. Order forms may be obtained from your unit officer. You may not order anything unless you have the money in your account to pay for it.

## INMATE ACCOUNTS

Upon your arrival, an "account" will be set up so that money may be deposited. Monies that will be credited include cash that you come in with, money orders, earned wages from institutional employment, and checks from outside employers. Remember, cash and personal checks will not be accepted through the mail.

If you are released during normal business hours, you will receive a check for the amount of money remaining in your account. However, if you are released after hours, a check will be mailed to you. If mailed, make sure that your correct address is provided to the administrative officer.

## MEDICAL

The health care unit is staffed by an independent medical service provider. New commitments will be seen by a nurse within 24 hours of admission. After the initial contact, you must follow the procedures noted below:

For emergencies, notify your unit officer and s/he will contact the shift commander or central control. For non-emergencies and requests to see specialists, fill out a "sick call slip" and place it in the Friday. Sick call is held Monday through Friday 8:00 am to 4:30 pm. Emergencies will be seen as needed. There may be a waiting list, so be patient.

For self-initiated appointments, there will be a co-pay of $4.00. Non-prescribed drugs will be $2.00. Fees will be deducted from your account.

A selection of non-prescription medicines (Tylenol, aspirin, cold remedies, etc) are available through the commissary vendor.

7

## RECORDS & GOOD TIME

### Records

The Records' Office of DJBWCI computes all sentences and posts earned good time.

If you have questions regarding your status sheet, sentence, or a detainer, write to the Records' Office.

### Good Time

State law permits the granting of meritorious (earned) good time for program participation and/or work assignments. The amount varies depending on your sentence and your performance. Questions should be directed to your work/school supervisor and/or the Records' supervisor.

## REHABILITATIVE SERVICES

### Institutional Counselors

The primary role of the correctional counselor is to identify, assess, and develop a treatment plan for you to follow throughout your incarceration. Your counselor will coordinate organized activities, make referrals to outside agencies, complete reports, make recommendations, look for transitional housing, if needed, and work on special projects. Counselors will also assist in making appropriate phone calls to state or professional organizations. Personal phone calls are not permitted unless it is an emergency.

Counselors are assigned according to housing units.
Your counselor will meet with you periodically. If you need to see the counselor, you must submit a request in writing through the institutional mail system. Your request must include your name, unit, date, and a brief summary of your concern.

## CLASSIFICATION

Classification committees are designed to make decisions and recommendations regarding treatment, employment, security, and custody levels.

Depending on the length of your sentence, you will receive an initial classification, reclassification, and maintenance reviews. When being considered for movement of any kind, the classification team considers the length of your sentence, the nature of your offense, your adjustment concerns, program participation, attitude, etc. If you have any questions about the classification process, contact your counselor.

10

DELORES J. BAYLOR
WOMEN'S CORRECTIONAL INSTITUTION

RESIDENT HANDBOOK



DELORES J. BAYLOR
WOMEN'S CORRECTIONAL INSTITUTION

RESIDENT HANDBOOK

# FIRE SAFETY/EVACUATION

Fire drills will be conducted periodically. If fire alarms sound, stand by your door and follow the directions of your officer. Please take these drills seriously.

If fire is contained in the unit, residents are escorted single file to the gym. You must remain quiet until each person is accounted for by security.

Evacuation maps are posted throughout the institution.

# COSMETOLOGY

Our salon provides services to all residents. Services include normal hair cuts, perms, and relaxers.

You must submit a written request stating specifically what services you need and place it in the appropriate bag in your unit. Requests are picked up on Sundays and appointments will be scheduled the following week.

You must supply all hair products (shampoos, gels, etc.). If unable to do so, you must consult the staff supervisor to work out arrangements for these products.

Although operators are knowledgeable and have experience with hair care, the institution is not responsible for any unsatisfied customers. Shop hours of operation are Monday through Saturday 8:30 am to 3:30 pm.

# GRIEVANCES

When you can not resolve complaints by any other means, the Department of Correction has a formal grievance procedure. Grievance forms can be obtained from your unit officer. Any legitimate complaints regarding policies and other conditions within the jurisdiction of the Department of Correction should be clearly and concisely described on this form. (Please note: You can not grieve classification decisions, disciplinary actions, and other inmates).

The case is forwarded to the Resident Grievance Committee which consists of staff and residents. They meet on an as needed basis and make recommendations to the Warden (or designee) for review.

All grievances (including medical) should be placed in the grievance box located in each unit. Grievances will be picked up on a daily basis by the Inmate Grievance Chairperson.

For more information on the grievance procedure and the appeal process, consult section 4.4 of the Bureau of Prisons' Standard Operating Procedures.

8

# DISCIPLINARY INFRACTIONS

When living at the facility, there are certain rules governing your behavior. The following is a list of Class I and Class II offenses:

| Class I offenses | Class II Offenses |
|---|---|
| 1.01 Arson | 2.01 Abuse of Privileges |
| 1.03 Bribery | 2.02 Bartering |
| 1.04 Damage or Destruction of Property Over $10 | 2.03 Creating a Health, Safety or Fire Hazard |
| 1.05 Demonstration (strike) | 2.04 Damage or Destruction of Property Under $10 |
| 1.06 Disorderly or Threatening Behavior | 2.05 Disrespect |
| 1.07 Engaging in a Riot | 2.06 Failing to Obey an Order |
| 1.08 Escape and Attempt to Escape | 2.07 Gambling |
| 1.09 Extortion, Blackmail or Protection | 2.08 Horseplay |
| 1.10 Failure to Abide by Sanctions or Conditions | 2.09 Late for an Appointment |
| 1.11 Falsifying Physical Evidence | 2.10 Lying |
| 1.12 Felony | 2.11 Off Limits |
| 1.13 Fighting | 2.12 Possession of Money and Coin Under $1 |
| 1.14 Forgery, Counterfeiting | 2.13 Possession of Non-dangerous Contraband |
| 1.15 Giving a False Alarm | 2.14 Unauthorized Communication |
| 1.16 Homicide | |
| 1.17 Inciting to Riot | |
| 1.18 Possession of Dangerous Contraband | |
| 1.19 Possession of Money and Coin Over $1 | |
| 1.20 Possession of Staff Clothing | |
| 1.21 Receiving Stolen Property | |
| 1.22 Refusal to Cooperate in Drug Abuse Testing | |
| 1.23 Restraint | |
| 1.24 Sexual Assault | |
| 1.25 Sexual Misconduct | |
| 1.26 Substance Abuse | |
| 1.27 Theft | |

Failure to abide by such rules may result in one or more of the following disciplinary actions:

Counseling (Verbal/Written)
Loss of Recreation, Phone, TV/Radio
24 Hour Loss of All Privileges (LOAP)
Adjustment Board Hearing
Loss of Good Time
Isolation
Criminal Prosecution

9

## <u>CERTIFICATE OF SERVICE</u>

I, James Drnec, hereby certify that on the 19th day of February 2008, the foregoing

Defendant's Motion to Dismiss for Failure to Exhaust Administrative Remedies as Required by

42 U.S.C. § 1997(e)(a) was filed via CM/ECF and served First Class Mail upon the following:

        Ms. Patricia A. Simpson
        1919 West 8th Street
        Wilmington, DE 19805


                        /s/ James E. Drnec
                    James E. Drnec, Esquire (#3789)