IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA A. SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-070-SLR |
| | ) |
| CMS, | ) |
| | ) |
| Defendant. | ) |

ORDER

At Wilmington this 21st day of April, 2008, defendant having filed a motion to dismiss on February 19, 2008 (D.I. 23);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

1. Plaintiff shall file and serve an answering brief in response to defendant's motion on or before **May 23, 2008**.

2. Defendant may file and serve a reply brief on or before **June 9, 2008**.

_____
United States District Judge