IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICIA A. SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-070-SLR |
| | ) |
| CMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 12th day of June 2008, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that CMS' motion to dismiss is **granted**. (D.I. 23)

_____
UNITED STATES DISTRICT JUDGE